# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **SCANNING TECHNOLOGIES INNOVATIONS LLC,** § § § | |
| Plaintiff, § | Case No: 6:21-cv-00492-ADA |
| § | |
| vs. § | PATENT CASE |
| § | |
| **EZ WEB ENTERPRISES, INC.,** § | |
| § | |
| Defendant. § | |
| § | |

## JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Scanning Technologies Innovations, LLC, and Defendant EZ Web Enterprises, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. All counter-claims asserted by the Defendant in this action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(1)(B);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: July 12, 2021.                    Respectfully submitted,

*/s/Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**D. BRADLEY KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

**FISH & RICHARDSON P.C.**

By: */s/Noel Chakkalakal*
Neil J. McNabnay
mcnabnay@fr.com
Ricardo J. Bonilla
rbonilla@fr.com
Noel Chakkalakal
chakkalakal@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 - Telephone
(214) 747-2091 - Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

Respectfully submitted,

*/s/Jay Johnson*
**JAY JOHNSON**

SO ORDERED this _____ day of _____, 2021.

_____
**UNITED STATES DISTRICT JUDGE**